NOT FOR PUBLICATION OR CITATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 05-CV-317-JBC

CYNTHIA F. JONES                                                    PLAINTIFF

**MEMORANDUM, OPINION AND ORDER**

DR. ANIMESH SAHAI, ET AL.

                                        DEFENDANTS

The plaintiff, Cynthia F. Jones, who lists her address as P.O. Box 274, Berea, Kentucky, 40403-0274, has filed a *pro se* civil rights complaint under the Fair Labor Standards Act of 1938, specifically, 29 U.S.C. § 206 *et seq*. The plaintiff has also filed two motions to proceed *in forma pauperis* [Record Nos. 2 and 4], which the court will address by separate order.

The court has screened this non-prisoner, fee-paid complaint under the authority of *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). *Apple v. Glenn* permits a district court to screen a submission and to dismiss, *sua sponte*, a fee-paid complaint filed by a non-prisoner if it appears the allegations are "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Id.* at 479 (citing *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974)).

NAMED DEFENDANTS

The plaintiff names the following defendants: (1) Dr. Animesh Sahai and (2) Dr. Madhu Sahai. The plaintiff lists the defendants' address as being 308 Pine Street,

Berea, Kentucky, 40403-1333.

## CLAIMS

The plaintiff asserts claim against the defendants under the Fair Labor Standards Act of 1938 ("FLSA"), specifically 29 U.S.C.A. § 206(f)(2)(A) and (B); § 207(L) and § 216(b).  In summary, the plaintiff alleges that she rendered child care services for the defendants' children between March 31, 2002, and June 15, 2005.  She states that she worked a minimum of  three to five days a  week, at a minimum of ten hours per shift.  She alleges that she was paid $35.00 per ten-hour shift, or approximately $3.50 an hour, far less than the prevailing minimum wage of $5.15.  She alleges that under the provisions of the FLSA, she was underpaid for her services.  She seeks not only reimbursement for the underpayment of wages, but also the award of liquidated damages.

## DEMAND FOR RELIEF

The plaintiff seeks back payment of $11,500.00, which she says represents the difference between the $3.15 hourly rate of compensation which she states she earned between March 31, 2002, and June 15, 2005, and the minimum wage rate of $5.15.  The plaintiff also seeks overtime compensation and liquidated damages under 29 U.S.C. § 216(b).

## DISCUSSION

At this juncture, Plaintiff appears to state claims under the FLSA which require further development of the record.  The plaintiff is directed serve the defendants with

2

a copy of the complaint and summonses issued by the Clerk of the court.  Plaintiff is advised to fully comply with Fed.R.Civ.P. 4 in connection with the service of summonses.

CONCLUSION

Accordingly, **IT IS ORDERED** as follows:

(1)  The Clerk is directed to issue summons for each of the defendants, Dr. Animesh Sahai and Dr. Madhu Sahai.

(2)  The plaintiff shall be responsible for proper service of the summons *and complaint* under the Federal Rules of Civil Procedure, paying particular attention to **all** applicable provisions of Fed.R.Civ.P. 4.

(3)  The plaintiff shall keep the Clerk of the court informed of her current mailing address.  **Failure to notify the Clerk of any address change may result in a dismissal of this case**.

(4)  For every further pleading or other document she wishes to submit for consideration by the court, the plaintiff shall serve upon each defendant, or, if appearance has been entered by counsel, upon each attorney, a copy of the pleading or other document.  The plaintiff shall send the  original papers to be filed with the Clerk of the court together with a certificate stating the date a true and correct copy of the document was mailed to each defendant or counsel.  **If the court or Magistrate Judge receives any document which has not been filed with the Clerk or which has been filed but fails to include the certificate of service of copies, the court will**

3

**disregard the document.**

Signed on September 30, 2005

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

4