UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 05-CV-317-JBC

CYNTHIA F. JONES                                                                               PLAINTIFF

**MEMORANDUM OPINION AND ORDER**

DR. ANIMESH SAHAI, ET AL.                                                          DEFENDANTS

 The plaintiff, Cynthia F. Jones, who lists her address as P.O. Box 274, Berea, Kentucky, 40403-0274, has filed a *pro se* civil rights complaint pursuant to the Fair Labor Standards Act of 1938, specifically, 29 U.S.C. §206 *et seq*. The plaintiff has named Dr. Animesh Sahai and Dr. Madhu Sahai as defendants. The plaintiff lists the defendants' address as being 308 Pine Street, Berea, Kentucky, 40403-1333.

 This matter is now before the Court for consideration of the "Plaintiff's Motion to Withdraw Case No. 05-CV-317," which the plaintiff filed on October 13, 2005 [Record No. 11]. The plaintiff states that the parties have agreed to settle the action. The plaintiff seeks dismissal of this action and its removal from the court's active docket.

 Federal Rule of Civil Procedure 41(a)(1) reads, in pertinent part:

> **Rule 41.** Dismissal of Actions
> (A) Voluntary Dismissal: Effect Thereof.
>  (1) By Plaintiff; by Stipulation. Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first

>occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.  Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

*Id.*

Ordinarily, a district court has no discretion to deny a Rule 41(a)(1) notice of dismissal. *Eddins v. Summers*, 230 F.3d 1358, 2000 WL 1478355 (6th Cir. (Tenn.) Sept. 27, 2000) (unpublished disposition) (citing *Aamot v. Kassel*, 1 F.3d 441, 443 (6th Cir. 1993)). Consequently, the plaintiff's construed "Voluntary Motion to Dismiss" [Record No. 11] is **GRANTED**.

## CONCLUSION

Accordingly, **IT IS HEREBY ORDERED**:

(1) The plaintiff's "Plaintiff's Motion to Withdraw  Case No. 05-CV-317" [Record No. 11] is **GRANTED**, and the plaintiff's claims are dismissed without prejudice.

(2) Judgment shall be entered contemporaneously with this memorandum opinion in favor of the named defendants.

Signed on October 18, 2005

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY